**COMMISSIONER OF INTERNAL REVE-NUE, Petitioner, v. Charles H. MARSH-ALL, Administrator of the Estate of Josephine B. Marshall, Deceased, Respondent.**

No. 403.

Circuit Court of Appeals, Second Circuit.
June 28, 1937.

James W. Morris, Asst. Atty. Gen., and Sewall Key, J. Louis Monarch, and John G. Remey, Sp. Assts. to the Atty. Gen., for petitioner.

James L. Banks, Jr., of New York City, for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed on the authority of Welch v. Hassett, 90 F.(2d) 833, decided June 1, 1937 (C.C.A.1), and Bullard v. Commissioner, 90 F.(2d) 144, decided May 25, 1937 (C.C.A.7).